IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

JUN 1 2005

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| DELMA SAENZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-04-2535 |
| | § | |
| ODYSSEY HEALTHCARE, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Plaintiff's Motion to Extend Motions Deadline and to Extend Discovery, which is hereby GRANTED. The Motions Deadline is extended to June 30, 2005, and discovery is extended to July 15, 2005. All remaining deadlines continue in effect.

DONE at Houston, Texas on this 28 day of May, 2005.

UNITED STATES DISTRICT JUDGE